NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW MEADOR,
DOC #S40560,

        Appellant,

v.                     Case No. 2D16-5252

STATE OF FLORIDA,

        Appellee.

_____

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Chris M. Pratt of Chris M. Pratt, P.A.,
Palmetto, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.